# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| C.O. REVOCABLE FAMILY TRUST, | : | No. 225 WAL 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| CITY OF PITTSBURGH ZONING BOARD | : | |
| OF ADJUSTMENT, AND CITY OF | : | |
| PITTSBURGH, DREW ELSTE, AND | : | |
| PATRICIA LEMER, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 7th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.